**Mateo Diego FRANCISCO, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–74165.

Agency No. A75–250–657.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Sept. 8, 2003.*

Decided Sept. 19, 2003.

Christopher J. Stender, Stender & Associates, Phoenix, AZ, for Petitioner.

Ronald E. LeFevre, Chief Legal Office, Office of the District Counsel, San Francisco, CA, District Director, Immigration & Naturalization Service, Phoenix, AZ, Contance Wynn, Joan E. Smiley, Richard M. Evans, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before PREGERSON, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM**

Mateo Diego Francisco, a native and citizen of Guatemala, petitions for review of a Board of Immigration Appeals decision summarily affirming the immigration judge's ("IJ") denial of his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Pedro–Mateo v. INS*, 224 F.3d 1147, 1150 (9th Cir.2000), and deny the petition for review.

Francisco testified that his father refused to allow the Guatemalan military and a guerilla group to forcibly recruit Francisco for military service when he was a boy. The evidence presented does not establish that the recruitment attempts were on account of Francisco's real or imputed political opinion. *See INS v. Elias–Zacarias*, 502 U.S. 478, 482, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). Accordingly, the record does not compel the conclusion

that Francisco was persecuted or reasonably fears persecution on account of a protected ground. *See Sangha v. INS*, 103 F.3d 1482, 1490 (9th Cir.1997).

As Francisco has failed to establish eligibility for asylum, he has necessarily failed to meet the more stringent standard for withholding of removal. *See Fisher v. INS*, 79 F.3d 955, 960–61 (9th Cir.1996) (en banc).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

